IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ALVION PROPERTIES, INC.,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-0866 |
| ) | Judge Trauger |
| **BERND H. WEBER,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

As the objections of the plaintiffs and various defendants to recommendations made in the three pending R&Rs (Docket Nos. 151, 152, and 153) are overruled, the decisions recommended by Judge Bryant in those R&Rs are **ACCEPTED**, with the exception of Judge Bryant's recommendation as to the plaintiffs' Motion for Entry of Final Default Judgment [Against the Entity Defendants] (Docket No. 110), which the court **REJECTS**. For the reasons stated therein and herein, it is hereby **ORDERED** that the motions to dismiss filed by defendants Bernd Weber, Raymonde Weber and Claude J. Chauveau (Docket Nos. 34, 64, and 102) are **DENIED**, the plaintiffs' Motion for Entry of Final Default Judgment [Against the Entity Defendants] (Docket No. 110) is **DENIED,** the plaintiffs' Motion to Sever and Enter Final Default Judgment [Against the Entity Defendants] (Docket No. 113) is **DENIED** and Bernd Weber's and Chauveau's Motion to Dimiss Alvion Properties (Docket No. 129) is **DENIED**. This case is referred back to Magistrate Judge Bryant pursuant to the initial referral order.

It is so ordered.

Enter this 23rd day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge