UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALVION PROPERTIES, INC., et al.,  )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )   NO. 3:08-0866
                                   )   Judge Trauger/Bryant
BERND H. WEBER, et al.,            )   **Jury Demand**
                                   )
        Defendants.                )

### O R D E R

The undersigned Magistrate Judge conducted an in-court status conference in this case on April 9, 2010. Plaintiffs Shirley Medley and Harold Reynolds, who are proceeding pro se, appeared for this conference. The defendants failed to appear, either in person or by counsel.

From discussions with plaintiffs Medley and Reynolds, it appears that very little discovery has occurred in this case, and much discovery remains to be done before this case will be ready for trial. In addition, the Court explained to plaintiffs Medley and Reynolds that plaintiff Alvion Properties, Inc. under the local rules of this district may not proceed unless it is represented by counsel. Accordingly, unless counsel appears on behalf of the corporate plaintiff, all claims of the corporation necessarily will be dismissed. Plaintiff Reynolds stated to the Court that he and plaintiff Medley are currently seeking to employ counsel to represent themselves and Alvion Properties, Inc. in this matter and that they hope to have counsel secured soon. Plaintiff Reynolds orally requested an additional extension of time to and including forty-five days within which to obtain counsel for plaintiff Alvion

Properties, Inc., himself and plaintiff Medley.  In the absence of any objection by defendants, this request is **GRANTED**.

Plaintiffs shall have an additional extension of time to and including **May 25, 2010**, within which to employ counsel. Plaintiffs are admonished that their failure to obtain counsel by that date will cause all claims of plaintiff Alvion Properties, Inc. to be subject to dismissal for failure to comply with local rules of this district.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
