UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALVION PROPERTIES, INC., )
SHIRLEY K. MEDLEY and )
HAROLD M. REYNOLDS, )
                       )
        Plaintiffs     )
                       )   Case No. 3:08-0866
v.                     )   Judge Trauger/Bryant
                       )   **Jury Demand**
BERND H. WEBER, et al., )
                       )
        Defendants    )

### O R D E R

Defendants Bernd H. Weber and Claude J. Chauveau have filed their motion to ascertain status (Docket Entry No. 214), by which they make inquiry of the Court regarding the status of their previously-filed amended motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (Docket Entry No. 175).

It appears from the record that the undersigned Magistrate Judge filed a Report and Recommendation (Docket Entry No. 281) on August 24, 2010. Given this action by the Court, defendants' motion to ascertain status is **DENIED** as moot.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge