IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., SHIRLEY K. MEDLEY, and HAROLD M. REYNOLDS, <br><br> Plaintiffs, <br><br> v. <br><br> BERND H. WEBER, RAYMONDE WEBER, CLAUDE J. CHAUVEAU, AMERICAN GULF FINANCE CORP., ALVION PARTNERS, LLC, AGF REALTY SOLUTIONS, INC., and TIME DATA HOLDINGS, LLC, <br><br> Defendants. | Civil No. 3:08-0866 <br> Judge Trauger <br> Magistrate Judge Bryant |

**O R D E R**

On August 24, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 281), to which the defendants have filed a Response indicating that they will file no objections to this Report and Recommendation (Docket No. 303). The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Amended Motion to Dismiss Pursuant to FED.R.CIV.P. 12(b)(1) (Docket No. 175) is **DENIED**.

It is so **ORDERED**.

Enter this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge