IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., ) <br> SHIRLEY K. MEDLEY, and ) <br> HAROLD M. REYNOLDS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BERND H. WEBER, RAYMONDE WEBER, ) <br> CLAUDE J. CHAUVEAU, ) <br> AMERICAN GULF FINANCE CORP., ) <br> ALVION PARTNERS, LLC, ) <br> AGF REALTY SOLUTIONS, INC., and ) <br> TIME DATA HOLDINGS, LLC, ) <br> ) <br> Defendants. ) | Civil No. 3:08-0866 <br> Judge Trauger <br> Magistrate Judge Bryant |

## O R D E R

On August 24, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 283). The court interprets the Defendants' Response to Report and Recommendations of Magistrate Judge Bryant filed on September 27, 2010 (Docket No. 303) as notice that they do not intend to object to this Report and Recommendation, in that this Response states that no objections will be filed to "Report and Recommendations" (in the plural). Therefore, finding no objections timely filed to this Report and Recommendation, it is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion For Judgment on Pleadings (Docket No. 202) is **DENIED**.

It is so **ORDERED**.

Enter this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge