IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., SHIRLEY K. MEDLEY, and HAROLD M. REYNOLDS, <br><br> Plaintiffs, <br><br> v. <br><br> BERND H. WEBER, RAYMONDE WEBER, CLAUDE J. CHAUVEAU, AMERICAN GULF FINANCE CORP., ALVION PARTNERS, LLC, AGF REALTY SOLUTIONS, INC., and TIME DATA HOLDINGS, LLC, <br><br> Defendants. | Civil No. 3:08-0866 <br> Judge Trauger <br> Magistrate Judge Bryant |

## O R D E R

On September 10, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 296), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiffs' Motion For Summary Judgment (Docket No. 181) is **DENIED**.

It is so **ORDERED**.

Enter this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge