# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., ) | |
| SHIRLEY K. MEDLEY, and ) | |
| HAROLD M. REYNOLDS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 3:08-0866 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| BERND H. WEBER, RAYMONDE WEBER, ) | |
| CLAUDE J. CHAUVEAU, ) | |
| AMERICAN GULF FINANCE CORP., ) | |
| ALVION PARTNERS, LLC, ) | |
| AGF REALTY SOLUTIONS, INC., and ) | |
| TIME DATA HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 3, 2011, the magistrate judge issued a Report and Recommendation (Docket No. 398), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiffs' Motion for Release and/or Reconsideration of plaintiffs' amended motion for entry of final default judgment (Docket No. 255) is DENIED as moot.

It is so **ORDERED.**

Enter this 23rd day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge