```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

ALVION PROPERTIES, INC., et al.,)
)
       Plaintiffs,      )
)
             v.             )   NO. 3:08-0866
)   Judge Trauger/Bryant
BERND H. WEBER, et al.,     )   **Jury Demand**
)
       Defendants.      )

## **O R D E R**

The parties appeared before the undersigned Magistrate Judge on February 25, 2011, for a case management conference.

Third-party defendants Allain de la Motte and Robert M. West, who participated in the conference by telephone, reported to the Court that they are currently interviewing lawyers and expect to employ counsel for themselves and for defendant Melland Group LLC within the next two weeks.

From discussions with the parties at the conference, the Court **ADOPTS** the following scheduling order:

The parties shall make initial disclosure required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before **Friday, April 15, 2011.**

Defendants Weber and Chauveau shall respond to currently pending written discovery served by defendant Farmers State Bank on or before **April 30, 2011**.

All written discovery shall be served in time for the responses to be due on or before **August 15, 2011**. Any motions related to discovery shall be filed on or before **August 31, 2011**.

A follow-up case management conference by telephone is scheduled in this case for **Tuesday, September 13, 2011, at 11:00 a.m.** Counsel for third-party defendant Farmers State Bank shall initiate this call.

It is so **ORDERED**.

<span style="margin-left:auto;">s/ John S. Bryant<br>JOHN S. BRYANT<br>United States Magistrate Judge</span>