UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALVION PROPERTIES, INC., et al.,)
                            )
      Plaintiffs,      )
                            )
        v.          )   NO.  3:08-0866
                            )   Judge Trauger/Bryant
BERND H. WEBER, et al.,     )   **Jury Demand**
                            )
      Defendants.     )

### O R D E R

Robert M. West, in his capacity as managing member of third-party defendant Melland Group, LLC, has filed his "Motion For Denial Of Entry Of Default Against Melland Group LLC By Counter-Claimants" (Docket Entry No. 420). Although Mr. West in this motion expressly acknowledges that the Court has instructed that Melland Group, LLC may only appear through licensed attorneys, Mr. West persists in filing papers on behalf of this company.

The record will reflect that the Court previously has granted an extension of time to allow Melland Group, LLC to hire a lawyer and has informed the parties that this organization may only appear in this case through a licensed attorney (Docket Entry No. 356). The undersigned Magistrate Judge finds that this present filing ignores prior admonitions of the Court and violates Local Rule 83.01(d)(3).

For the foregoing reasons, the undersigned Magistrate Judge orders the Clerk to **STRIKE** Mr. West's motion for denial of entry of default against Melland Group, LLC (Docket Entry No. 420).

It is so **ORDERED**.

                                        s/ John S. Bryant
                                        JOHN S. BRYANT
                                        United States Magistrate Judge