IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., ) <br> SHIRLEY K. MEDLEY, and ) <br> HAROLD M. REYNOLDS, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BERND H. WEBER, RAYMONDE WEBER, ) <br> CLAUDE J. CHAUVEAU, ) <br> AMERICAN GULF FINANCE CORP., ) <br> ALVION PARTNERS, LLC, ) <br> AGF REALTY SOLUTIONS, INC., and ) <br> TIME DATA HOLDINGS, LLC, ) <br> ) <br>    Defendants. ) |  Civil No. 3:08-0866 <br> Judge Trauger <br> Magistrate Judge Bryant |

**O R D E R**

On May 12, 2011, the Magistrate Judge issued a Report and Recommendation, recommending that third-party defendant Elizabeth Melland's Motion For Summary Dismissal (Docket No. 351) be denied without prejudice to her right to file a similar motion properly supported. (Docket No. 436)  Ms. Melland has now filed an Objection to this Report and Recommendation, which has attached to it materials supporting a renewed motion for summary judgment. (Docket No. 450)

It is hereby **ORDERED** that Ms. Melland's objections are **OVERRULED**, and her original motion is **DENIED WITHOUT PREJUDICE**, as recommended by the Magistrate Judge.  However, these new materials are **REMANDED** to the Magistrate Judge for consideration as a renewed motion for summary judgment.

It is so **ORDERED.**

1

Enter this 24th day of May 2011.

_____
ALETA A. TRAUGER
United States District Judge