IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., ) <br> SHIRLEY K. MEDLEY, and ) <br> HAROLD M. REYNOLDS, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BERND H. WEBER, RAYMONDE WEBER, ) <br> CLAUDE J. CHAUVEAU, ) <br> AMERICAN GULF FINANCE CORP., ) <br> ALVION PARTNERS, LLC, ) <br> AGF REALTY SOLUTIONS, INC., and ) <br> TIME DATA HOLDINGS, LLC, ) <br> ) <br>     Defendants. ) |  Civil No. 3:08-0866 <br> Judge Trauger <br> Magistrate Judge Bryant |

## O R D E R

On May 12, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 44), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss The Counterclaim And Third-Party Complaint filed by plaintiffs Harold M. Reynolds, Shirley Medley and third-party defendant Donald M. Medley (Docket No. 363) is **DENIED**.

It is so **ORDERED.**

Enter this 3rd day of June 2011.

                                            ALETA A. TRAUGER
                                            United States District Judge