UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALVION PROPERTIES, INC., et al. | ) |
| Plaintiffs | ) |
| | ) Case No. 3:08-cv-866 |
| v. | ) |
| BERND H. WEBER, et al. | ) JUDGE SHARP |
| Defendants. | ) |
| | ) MAGISTRATE JUDGE BRYANT |
| BERND H. WEBER et ano., | ) |
| | ) JURY DEMAND |
| Counter-Plaintiffs, | ) |
| v. | ) |
| HAROLD M. REYNOLDS, et al., | ) |
| Counter-Defendants. | ) |

### AGREED ORDER DISMISSING WITHOUT PREJUDICE COUNTER-PLAINTIFFS' CLAIMS AGAINST FARMERS STATE BANK OF ALTO PASS, FARMERS STATE HOLDING CORP. AND BRAD HENSHAW

This matter came before the Court pursuant to an agreed motion by Counter-Plaintiffs Bernd H. Weber ("Weber") and Claude J. Chauveau ("Chauveau") to dismiss, without prejudice, all claims Weber and Chauveau have asserted against Farmers State Bank of Alto Pass, Farmers State Holding Corp. and Brad Henshaw. Farmers State Bank of Alto Pass, Farmers State Holding Corp. and Brad Henshaw have consented to their dismissal from this litigation, subject to certain conditions. Having considered this matter, the Court finds that the agreed motion is well-taken, and should be GRANTED, subject to the requested conditions.

Accordingly, it is ORDERED that all claims asserted by Weber and Chauveau against Farmers State Bank of Alto Pass, Farmers State Holding Corp. and Brad Henshaw are dismissed without prejudice to the re-filing of the same pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), subject to the conditions that: (a) if Weber and/or Chauveau ever seek to re-file any of their claims against Farmers State Bank of Alto Pass, Farmers State Holding Corp. and/or Brad Henshaw (including any claims contained in the Counterclaim and any other claims or allegations arising from the subject matter of this case), they must do so in the United States District Court for the Middle District of Tennessee; and (b) if Weber and/or Chauveau ever re-file any of their claims against Farmers State Bank of Alto Pass, Farmers State Holding Corp. and/or Brad Henshaw, the discovery materials previously exchanged between the parties in this case (including all written discovery and all documents produced) may be used in any such later proceeding as if such materials had been produced in the subsequent proceeding.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


By:     s/Bernd H. Weber
       Bernd H. Weber, Pro Se
55 Kingsbridge Garden Circle
Suite 702
Mississauga, Ontario L5R 1Y1, Canada
agfinance@a-g-finance.com


By:     s/Claude J. Chauveau
       Claude J. Chauveau, Pro Se
2615 30th Street, #3F
Astoria, NY 11102-2101
cjc@a-g-finance.com


NEAL & HARWELL, PLC

By:     s/George H. Cate, III
       George H. Cate, III, No. 12595
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219-2498
Telephone: (615) 244-1713
gcate@nealharwell.com
*Counsel for Farmers State Bank of Alto Pass,*
*Farmers State Holding Corp. and Brad Henshaw*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via the method(s) indicated below, on the following parties and counsel of record, this the 27th day of February, 2012:

|  |  |  |
|---|---|---|
| ( ) | Hand | Clancy J. Covert, Esq. |
| ( ) | Mail | P.O. Box 15307 |
| ( ) | Fax | Chattanooga, TN 37415 |
| ( ) | Fed. Ex. | Counsel for Plaintiffs, |
| ( ) | E-Mail | Alvion Properties, Inc., Shirley Medley |
| (X) | ECF | and Harold Reynolds |
|  |  | *clancy@covertlawgroup.com* |

|  |  |  |
|---|---|---|
| ( ) | Hand | Bernd H. Weber, *Pro Se* |
| ( ) | Mail | 55 Kingsbridge Garden Circle |
| ( ) | Fax | Suite 702 |
| ( ) | Fed. Ex. | Mississauga, Ontario L5R 1Y1 |
| ( ) | E-Mail | Canada |
| (X) | ECF | *agfinance@a-g-finance.com* |

|  |  |  |
|---|---|---|
| ( ) | Hand | Raymonde Weber, *Pro Se* |
| ( ) | Mail | 55 Kingsbridge Garden Circle |
| ( ) | Certified Mail | Suite 702 |
| ( ) | Fed. Ex. | Mississauga, Ontario L5R 1Y1 |
| ( ) | E-Mail | Canada |
| (X) | ECF | *monda1@sympatico.ca* |

|  |  |  |
|---|---|---|
| ( ) | Hand | Claude J. Chauveau, *Pro Se* |
| ( ) | Mail | 2615 30th Street, #3F |
| ( ) | Fax | Astoria, NY 11102-2101 |
| ( ) | Fed. Ex. | *cjc@a-g-finance.com* |
| ( ) | E-Mail |  |
| (X) | ECF |  |

|  |  |  |
|---|---|---|
| ( ) | Hand | Allain de la Motte, *Pro Se* |
| ( ) | Mail | 2460 S.E. Larkspur Court |
| ( ) | Fax | Hillsboro, OR 97123 |
| ( ) | Fed. Ex. | *adlm@mellandgroup.com* |
| ( ) | E-Mail |  |
| (X) | ECF |  |

- 4 -

|       |              |                                      |
|-------|--------------|--------------------------------------|
| ( )   | Hand         | Robert M. West, *Pro Se*             |
| ( )   | Mail         | 5005J Foothills Road                 |
| ( )   | Fax          | Lake Oswego, OR  97034               |
| ( )   | Fed. Ex.     | rmwest@mellandgroup.com              |
| ( )   | E-Mail       |                                      |
| (X)   | ECF          |                                      |

|       |               |                                      |
|-------|---------------|--------------------------------------|
| ( )   | Hand          | Elizabeth Melland                    |
| ( )   | Mail          | a/k/a Elizabeth de la Motte          |
| ( )   | Certified Mail| 2460 S.E. Larkspur Court             |
| ( )   | Fed. Ex.      | Hillsboro, OR  97123                 |
| ( )   | E-Mail        | adlm@mellandgroup.com                |
| (X)   | ECF           |                                      |

|       |               |                                         |
|-------|---------------|-----------------------------------------|
| ( )   | Hand          | Melland Group, LLC                      |
| ( )   | Mail          | c/o Robert M. West, Managing Member     |
| ( )   | Certified Mail| 5005J Foothills Road                    |
| ( )   | Fed. Ex.      | Lake Oswego, OR  97034                  |
| ( )   | E-Mail        | rmwest@mellandgroup.com                 |
| (X)   | ECF           |                                         |

                                                                             s/George H. Cate, III