UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALVION PROPERTIES, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:08-0866 |
| | ) | Judge Sharp |
| BERND H. WEBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ********************************** | ) | |
| BERND H. WEBER, *et al.* | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| HAROLD M. REYNOLDS, *et al.*, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

## ORDER

Magistrate Judge Bryant has issued a Report and Recommendation (Docket No. 646) recommending that the Motion to Dismiss Counts V and VII of the First Amended Complaint (Docket No. 602) be denied. He has also issued a Report and Recommendation (Docket No. 648) recommending that the Motion to Vacate the Notice of Voluntary Dismissal of Third-Party Defendant Melland Group, LLC (Docket No. 640) be denied. Even though both Reports and Recommendations were entered eighteen days ago, and both informed the parties that the failure to timely file specific objections could "constitute a waiver or further appeal" of the recommendation, no "specific written objections to the proposed findings and recommendations" as required by Rule 72(b)(2) of the Federal Rules of Civil Procedure have been filed.

Having undertaken a *de novo* review of the motions, memorandums, and related filings, the

1

Court hereby ACCEPTS and APPROVES the Reports and Recommendations (Docket Nos. 646 & 648). With the acceptance and approval of the Reports and Recommendations, Defendants' Motion to Dismiss Counts V and VII of the First Amended Complaint (Docket No. 602) and Motion to Vacate the Notice of Voluntary Dismissal of Third-Party Defendant Melland Group, LLC (Docket No. 640) are hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE