UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ALVION PROPERTIES, INC.,** *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:08-0866 |
| | ) | Judge Sharp |
| **BERND H. WEBER,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ********************************* | ) | |
| **BERND H. WEBER,** *et al.* | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| **HAROLD M. REYNOLDS,** *et al.*, | ) | |
| | ) | |
| Counter-Defendants. | ) | |

# ORDER

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 651), recommending that Defendant Raymonde Weber's Motion for Judgment on the Pleadings (Docket No. 638) be denied without prejudice as untimely. After the R & R was issued, Defendant Raymonde Weber filed a Motion to Grant Leave for Filing Motion to Dismiss Due to Want of Prosecution. (Docket No. 684). If, as she claims in that filing, "Plaintiffs have categorically failed to prosecute this case against [her] now for over four (4) years!" (Id. at 2), that is something which could have, and should have, been raised by the deadline for filing dispositive motions which was July 25, 2012.

Accordingly, there being no proper objections to the Report and Recommendation (Docket No. 651), it is hereby ACCEPTED and APPROVED, Defendant Raymonde Weber's Motion for

1

Judgment on the Pleadings (Docket No. 638) is hereby DENIED without prejudice to her rights to assert any defenses she may have at the trial of this case, and her Motion to Grant Leave for Filing Motion to Dismiss Due to Want of Prosecution. (Docket No. 684) is hereby DENIED.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE